1  **BOUTIN JONES INC.**
   Maralee Eriksen SBN 208699
2  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4603
3  (916) 321-4444

4

5  Attorneys for Defendant Pacific Ethanol, Inc.

6

7               **UNITED STATES DISTRICT COURT**

8       **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

9

10 | GS CLEANTECH CORPORATION,      )   Case No.:   2:13-CV-01042-JAM-AC
                                   )
11 |                    Plaintiff,  )   **PARTIES' JOINT MOTION TO EXTEND**
           vs.                     )   **DEADLINE AND ORDER**
12 |                               )
   | PACIFIC ETHANOL, INC.,        )   Judge John A. Mendez
13 |                               )
   |                    Defendant. )
14 |                               )
                                   )
15 |_____)

16       COME NOW the parties in the above-captioned matter, GS Cleantech Corporation ("GS")

17 and Pacific Ethanol, Inc. ("PEI") (together, the "Parties"), and submit this joint motion to extend the

18 November 22, 2013 deadline for the parties to exchange claim terms and claim elements for

19 construction, and in support thereof state as follows:

20       1.      The deadline for the Parties to exchange claim terms and claim elements for

21 construction is November 22, 2013.

22       2.      On August 29, 2013, this case was the subject of a Conditional Transfer Order

23 (CTO–3) issued by the United State Judicial Panel on Multidistrict Litigation (the "Panel"),

24 conditionally transferring this case to MDL in the Southern District of Indiana for coordinated

25 pretrial proceedings. PEI thereafter filed an Objection to the transfer. The Panel is scheduled to

26 consider that Objection on December 5, 2013. The Parties herein therefore move this Court for the

27 above extension until the Panel has determined whether this case will proceed in this District or in

28 the Southern District of Indiana.

- 1 -
**PARTIES' JOINT MOTION TO EXTEND DEADLINE AND ORDER**
576173.1

1    3.	The Parties will inform this Court of the Panel's transfer decision as soon as they
2 receive notice.  If the Panel denies transfer to the MDL, the Parties and this Court can reset this and
3 any related deadlines as appropriate.  If the Panel denies the Objection and transfers the case, the
4 current deadlines in this District will become moot.
5    WHEREFORE, the Parties herein jointly move this Court for an extension of the
6 November 22, 2013 deadline to exchange claim terms and claim elements for construction until
7 after the Panel rules on whether this case will be transferred to the MDL in the Southern District of
8 Indiana, and will inform this Court of the MDL Panel's decision as soon as they are informed of it.
9 Date:   November 22, 2013

   Respectfully submitted,

   By:	/s/ *Michael A. Dee*
   Michael A. Dee (AT0002043)
   Camille L. Urban (AT0008024)
   BROWN, WINICK, GRAVES, GROSS,
   BASKERVILLE AND SCHOENEBAUM, P.L.C.
   666 Grand Avenue, Suite 2000
   Des Moines, IA 50309-2510
   Telephone: 515-242-2400
   Facsimile: 515-242-2488
   Email: dee@brownwinick.com
   curban@brownwinick.com

   Maralee Erikson
   BOUTIN JONES, INC.
   555 Capitol Mall, Suite 500
   Sacramento, CA  95814
   Telephone: 916-321-4444
   Facsimile:  916-441-7597
   E-mail: meriksen@boutinjones.com


   ATTORNEYS FOR DEFENDANT
   PACIFIC ETHANOL, INC.

**PARTIES' JOINT MOTION TO EXTEND DEADLINE AND ORDER**
576173.1

By: /s/ Andrew C. Ryan

Andrew C. Ryan (admitted *pro hac vice*)
Michael J. Rye (admitted *pro hac vice*)
CANTOR COLBURN LLP

20 Church Street
22nd Floor
Hartford, CT 06103
Phone: (860) 286-2929
Fax: (860) 286-0115
ryan@cantorcolburn.com
mrye@cantorcolburn.com


Daniel L. Egan
Megan A. Lewis
Steven J. Williamson
Wilke Fleury Hoffelt Gould & Birney, LLP
400 Capitol Mall, Twenty Second Floor
Sacramento, CA 95184
degan@wilkefleury.com
mlewis@wilkefleury.com
swilliamson@wilkefleury.com

ATTORNEYS FOR PLAINTIFF
**GS CLEANTECH CORPORATION**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of November, 2013, a copy of this Motion was served on all interested parties through the Court's electronic filing system.


   */s/ Maralee Eriksen*
Maralee Eriksen

- 3 -
**PARTIES' JOINT MOTION TO EXTEND DEADLINE AND ORDER**
576173.1

**ORDER**

The Court having read and considered the Parties' Joint Motion to Extend Deadline, and good cause appearing,

IT IS THEREFORE ORDERED that the November 22, 2013 deadline to exchange claim terms and claim elements for construction is extended until after the Panel rules on whether this case will be transferred to the MDL in the Southern District of Indiana.  The Parties will inform this Court of the MDL Panel's decision as soon as they are informed of it.

Dated:  11/22/2013                    /s/ John A. Mendez
                                      JUDGE OF THE U.S. DISTRICT COURT